IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No.: 7:23-CV-900-D-RN

| | |
|---|---|
| MARPAC, LLC, d/b/a YOGASLEEP, | ) |
| Plaintiff, | ) |
| v. | ) |
| PIVOT INTERNATIONAL, INC., | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Marpac, LLC, d/b/a Yogasleep and Defendant Pivot International, Inc., through the undersigned counsel, hereby stipulate to the dismissal of the above-captioned action and all claims asserted therein, with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs.

This the 25th day of April, 2025.

ATTORNEYS FOR PLAINTIFFS

/s/John H. Anderson, Jr.
MURCHISON, TAYLOR & GIBSON, PLLC
1979 Eastwood Road, Suite 101
Wilmington, NC 28403
Tel: (1910) 763-2426
Email: janderson@murchisontaylor.com

ATTORNEYS FOR DEFENDANTS

/s/ Brianne C. Habit
GORDON REES SCULLY
MANSUKHANI, LLP
421 Fayetteville Street, Ste. 330
Raleigh, NC 27601
Tel: (919) 787-4555
Email: bhabit@grsm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF filing system which will automatically send email notification of such filing to the following counsel of record:

Suzanne R. Walker
Brianne C. Habit
GORDON REES SCULLY MANSUKHANI, LLP
421 Fayetteville Street
Ste. 330
Raleigh, NC 27601
Tel: (919) 787-4555
Email: swalker@grsm.com
Email: bhabit@grsm.com
*Counsel for Defendant*

This the 25th day of April, 2024.

    MURCHISON, TAYLOR & GIBSON, PLLC

    /s/John H. Anderson, Jr.
    *Attorneys for Plaintiff*
    State Bar No. 30363
    1979 Eastwood Rd., Suite 101
    Wilmington, NC  28403
    Telephone: (910) 763-2426
    Facsimile: (910) 763-6561

2

Case 7:23-cv-00900-D-RN    Document 52    Filed 04/25/25    Page 2 of 2